FILED

2009 NOV 16  AM 8:49

US MAGISTRATE JUDGE

BY_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:09-mj-884-GWF |
| Plaintiff, | COMPLAINT for violation of Title 18, United States Code, Section 2113(a) Bank Robbery |
| vs. | |
| ERIC GRIFFIN, JONATHAN MIRANDA-BREWSTER, JONATHAN GRAY, BRADY BEACH, AND RYAN WILLIAMS, | |
| Defendants. | |

**BEFORE** the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, deposes and says: On or about November 13, 2009, in the State and Federal Judicial District of Nevada, **ERIC GRIFFIN, JONATHAN MIRANDA-BREWSTER, JONATHAN GRAY, BRADY BEACH, AND RYAN WILLIAMS**, defendant herein, did, by force and violence and by intimidation, attempt to take from the person and presence of tellers, employed by Wells Fargo Bank, 1411 West Sunset Road, Henderson, Nevada, United States currency belonging to and in the care, custody, control, management and possession of Wells Fargo Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Section 2113 (a).

1  Complainant, as a Special Agent for the Federal Bureau of Investigation, states the following as and for probable cause:

2. 1. Complainant is a Special Agent with the Federal Bureau of Investigation, currently assigned to the Las Vegas, Nevada field office, and has been so employed for over twenty months.

2. The following information is either the result of complainant's own personal investigation, or has been provided to him by other law enforcement personnel:

(a) On or about November 13, 2009, at approximately 10:30 a.m., **GRIFFIN, MIRANDA-BREWSTER, GRAY, BEACH, and WILLIAMS** entered the Wells Fargo Bank located at 1411 West Sunset Road, Henderson, Nevada. GRIFFIN presented a false federal search warrant to the bank manager. GRIFFIN then demanded all of the money in the bank's vault, pursuant to the warrant. The manager refused to open the vault.

(b) GRIFFIN ordered **MIRANDA-BREWSTER** to place handcuffs on the bank manager because of his non-compliance with the false warrant. **MIRANDA-BREWSTER** retrieved a set of handcuffs from Williams and placed them on the bank manager. While handcuffed, the defendants threatened to execute the bank manager if he did not comply with their demands. Two of the defendants escorted the manager out of the bank. The manager then explained the process of opening the vault, and the defendant allowed him to re-enter the bank. One of the defendants removed the handcuffs. The bank manager observed three of the defendants behind the teller sorting through United States currency.

(c) The bank manager was able to make a telephone call to his security manager, telling the defendants that he was seeking permission to open the vault. After the phone call, he demanded that the defendants leave.

(d) Henderson police officers took all five defendants into custody as they walked out of the bank.

(e) The defendants had several copies of the falsified search warrant in their possession. The file number on one of the cases indicated that it was issued by LRL. The undersigned believes that the defendants were trying to imply that the warrant was issued by United States Magistrate Judge Lawrence R. Leavitt.

(f) **MIRANDA-BREWSTER** advised that he and **GRIFFIN** had the false search warrant paperwork stamped at the U.S. Federal Court building in Las Vegas, Nevada on the afternoon of November 12, 2009. He stated that it was stamped by a clerk on the first floor. Based on the undersigned's investigation, no federal warrant was issued for a search of the Wells Fargo Bank located at 1411 West Sunset Road, Henderson, Nevada.

(g) After being advised of his Miranda Rights, **MIRANDA-BREWSTER** stated that the men who entered the bank with him were **ERIC GRIFFIN, JONATHAN GRAY, BRADY BEACH, AND RYAN WILLIAMS**.

(h) Following the bank robbery, the bank manager identified **ERIC GRIFFIN, JONATHAN MIRANDA-BREWSTER, JONATHAN GRAY, BRADY BEACH, AND RYAN WILLIAMS** as the men who had attempted to rob his bank to Henderson police officers.

(i) A representative of Wells Fargo Bank stated that the deposits of Wells Fargo Bank are and were on November 13, 2009 insured by the Federal Deposit Insurance corporation.

Based upon the above information, there is probable cause to believe that **ERIC GRIFFIN, JONATHAN MIRANDA-BREWSTER, JONATHAN GRAY, BRADY BEACH, AND RYAN WILLIAMS** has violated Title 18 United States Code, Section 2113(a)

_____
W. Jeffery Loaring-Clark, Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me this 13td day of November 2009

_____
UNITED STATES MAGISTRATE JUDGE

3